RECEIVED
IN MONROE, LA
AUG 0 7 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LACY KING, ET AL. | CIVIL ACTION NO. 06-0264 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DR. DONALD PERRY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted, except as specifically provided in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Government's Motion to Dismiss [Doc. No. 13] be GRANTED, that the claims against it be DISMISSED without prejudice, and that the remaining state-law claims be REMANDED to state court for further proceedings.

MONROE, LOUISIANA, this 3 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE